■ CUTNER & RATHKOPF, Appellant, v PDL VITARI CORP. et al., Respondents.—Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about March 1, 1990, which, *inter alia,* denied plaintiff's motion for a default judgment against the defendants, unanimously affirmed to the extent appealed from, with costs.

Defendants sufficiently demonstrated both a meritorious defense and an excusable default. *(See, Kel Mgt. Corp. v Rogers & Wells,* 64 NY2d 904.) Concur—Carro, J. P., Ellerin, Wallach, Kupferman and Rubin, JJ.

■ POLYCHROME CORPORATION, Appellant, v JOHNS-MANVILLE SALES CORPORATION, Respondent and Third-Party Plaintiff-Respondent, et al., Third-Party Defendants.—Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about October 16, 1989, unanimously affirmed for the reasons stated by Diane Lebedeff, J., without costs. No opinion. Concur—Milonas, J. P., Ellerin, Ross, Kassal and Rubin, JJ.